UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _JSM_ D.C.

05 JUN -7 AM 9:18

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 05-20212-Ma |
| vs. ) | |
| ) | |
| WILLIE ROGERS ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Tony R. Arvin, AUSA applies to the Court for a Writ to have Willie Rogers #04116503 now being detained in the Shelby County Jail, appear before Magistrate Judge Tu M. Pham, 13th, June, 2005, at 2:00 p.m. for an Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 6th day of June, 2005.

_____
TONY R. ARVIN
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, Mark Luttrell

YOU ARE HEREBY COMMANDED to have Willie Rogers, #04116503 appear before the Honorable Judge Pham at the date and time aforementioned.

ENTERED this 7 day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20212 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT